**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ARLANXEO USA, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:25-cv-01980** |
| | § | |
| **TURNER INDUSTRIES GROUP, LLC,** | § | |
| **and ACE AMERICAN INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING ARLANXEO USA, LLC'S
## MOTION FOR SUMMARY JUDGMENT

On July 3, 2025, Arlanxeo USA, LLC ("Arlanxeo") filed its Motion for Summary Judgment (the "Motion") against Defendants Turner Industries Group, LLC ("Turner") and ACE American Insurance Company ("ACE"). Having considered the Motion, and the responses and replies thereto, the Court hereby GRANTS the Motion.

It is therefore ORDERED and DECLARED that:

(a) Under the SIPA Agreement, Turner agreed to assume liability for supervision of its employees, responsibility for their safety and health, and sole responsibility for inspecting the work site and ensuring the work was done in a safe manner;

(b) The SIPA Agreement obligates Turner to indemnify, defend, and hold harmless Arlanxeo for damages caused in part or in full by the negligence or fault of Turner;

(c) Arlanxeo is an additional insured under the ACE Policy and the coverage is primary with respect to any and all other insurance;

(d) ACE is obligated under the ACE Policy to indemnify, defend, and hold harmless Arlanxeo for damages caused in part by the negligence or fault of Turner, as provided in the SIPA Agreement;

(e) Arlanxeo timely tendered its defense in the Arce Action to Turner in accordance with the SIPA Agreement;

(f) Turner is specifically obligated under the SIPA Agreement to indemnify, defend, and hold harmless Arlanxeo for the defense costs incurred and to be incurred by Arlanxeo in the Arce Action, in addition to any settlement amount or judgment Arce may obtain against Arlanxeo; and

(g) ACE is specifically obligated under the ACE Policy to indemnify, defend, and hold harmless Arlanxeo for the defense costs incurred and to be incurred by Arlanxeo in the Arce Action, in addition to any settlement amount or judgment Arce may obtain against Arlanxeo.

DATED: _____

_____
HON. LEE H. ROSENTHAL
United States District Judge